DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARYN NADLER,**
Appellant,

v.

**CITY OF CORAL SPRINGS,**
Appellee.

No. 4D2023-1426

[June 18, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. 062014CA002123AXXXCE.

Scott M. Behren of Behren Law Firm, Weston, for appellant.

Scott David Alexander of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, PA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***